1012

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RICHARD FLOYD KENNEDY, *Appellant*.

JOHN BERRY et al., *Appellants*, v. CLARENCE DUMDAI et al., *Respondents*.

EDWIN WOODIWISS et al., *Appellants*, v. KAREN L. RISE, *Respondent*.

VIOLET H. TRUDELL, *Appellant*, v. BOARD OF DIRECTORS OF HAZELMERE SCHOOL DISTRICT No. 60 OF FERRY COUNTY, *Respondent*.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT W. PETERSON, *Appellant*.